18 A.3d 1092

**In re the Nomination Petition and Papers of Allen B. WILSON, a Democratic Candidate for Falls Township Supervisor.**

**Appeal of William Kiernan.**

Supreme Court of Pennsylvania.

May 2, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of May, 2011, the Order of the Court of Common Pleas of Bucks County is hereby **AFFIRMED.**